IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. 1:25-cr-00022 |
| HAYDEN JENNINGS MASON | Violations:  18 U.S.C. §§ 1466A(b)(1) and 2252A(b)(2) |

**Possession of Obscene Visual Representations of the Sexual Abuse of Children**

The United States Attorney Charges:

On or about January 10, 2023, in the District of North Dakota,

HAYDEN JENNINGS MASON

did knowingly possess any visual depiction of any kind that depicts a minor engaging in

sexually explicit conduct and is obscene, and the visual depictions were previously

shipped and transported in interstate and foreign commerce by any means, including by

computer;

In violation of Title 18, United States Code, Sections 1466A(b)(1) and

2252A(b)(2).

FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Section 1466A as charged in this Information,

HAYDEN JENNINGS MASON

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Samsung model SM-A205U1 cellular telephone, Serial Number R58M87ZV7CF.

By virtue of the commission of one or more of the felony offenses as charged in this Information, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 1467.

_____, for

NICHOLAS W. CHASE
United States Attorney

DLR/tmg